THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMCOR PACKAGING DISTRIBUTION, a California corporation, f/k/a Mercury Die & Container Corp., <br><br> Defendant. | NO.   C12-1202-RSL <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys, Russell J. Reid and Thomas A. Leahy of Reid, Pedersen, McCarthy & Ballew, L.L.P., attorneys for Plaintiff, and Sarah Jung Evans of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., attorneys for Defendant, Amcor Packaging Distribution, hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own costs.

DATED this 26th day of February, 2013.

| | |
|---|---|
| REID, PEDERSEN, McCARTHY &. BALLEW, L.L.P. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | |
| s/*Thomas A. Leahy* <br> Russell J. Reid, WSBA #2560 <br> Thomas A. Leahy, WSBA #26365 <br> Attorneys for Plaintiff | s/*Sarah Jung Evans* <br> Sarah Jung Evans, WSBA #37409 <br> Attorneys for Defendant |

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own costs of suit.

ORDER ENTERED this 28th day of February, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted for Entry:

REID, PEDERSEN, McCARTHY &
BALLEW, L.L.P.


By *s/Thomas A. Leahy*
　　Russell J. Reid, WSBA #2560
　　Thomas A. Leahy, WSBA #26365
　　Attorneys for Plaintiff